NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GODO KAISHA IP BRIDGE 1,**
*Appellant*

**v.**

**MICRON TECHNOLOGY INC.,**
*Appellee*

---

2022-1422

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01007.

---

## JUDGMENT

---

JAMES LAWRENCE DAVIS, JR., Ropes & Gray LLP, East Palo Alto, CA, argued for appellant. Also represented by ANDREW T. RADSCH, ANDREW N. THOMASES.

ROBERT MANHAS, Orrick, Herrington & Sutcliffe LLP, Washington, DC, argued for appellee. Also represented by MELANIE L. BOSTWICK; JARED BOBROW, JEREMY JASON LANG, Menlo Park, CA; ELIZABETH MOULTON, San Francisco, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>April 6, 2023</u>          <u>/s/ Peter R. Marksteiner</u>
Date                    Peter R. Marksteiner
                        Clerk of Court